IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES SANTEE,

                Plaintiff,                              ORDER

     v.                                            08-cv-195-slc

FEDERAL BUREAU OF PRISONS,

                Defendant.

---

        In accordance with the April 8, 2008 order in this case, defendant has filed its response to plaintiff's motion for a preliminary injunction by filing a motion to dismiss. Inadvertently, separate briefing has been scheduled on plaintiff's motion for a preliminary injunction and defendant's motion to dismiss requiring plaintiff to submit briefs on June 2 and June 9. This is not necessary. Plaintiff need submit one response only which should address the question whether he agrees with defendant that the case is now moot. No further response from defendant will be required. Accordingly, IT IS ORDERED that plaintiff may have until June 9, 2008, in which to serve and file his brief in response to defendant's motion to dismiss and

in support of his motion for a preliminary injunction.

Entered this 22nd day of May, 2008.

> BY THE COURT:
>
> /s/
>
> STEPHEN L. CROCKER
> Magistrate Judge