# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

**JAMES SANTEE,**  **JUDGMENT IN A CIVIL CASE**

       **Plaintiff,**

    **v.**                                         **08-cv-195-slc**

**FEDERAL BUREAU OF PRISONS,**

       **Defendant.**

**This action came for consideration before the court with U. S. Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.**

### IT IS ORDERED AND ADJUDGED

that defendant Federal Bureau of Prisons' motion to dismiss this case is GRANTED on the ground that it is moot and the case is closed.

**THERESA M. OWENS**

_____

**Theresa M. Owens, Clerk**

**Connie A. Korth**
**by Deputy Clerk**                                              **_____6/18/08____**
                                                                                                           **Date**